# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**292**

**CA 12-01184**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF WILFREDO POLANCO,
PETITIONER-APPELLANT,

V                                                                    ORDER

ANDREA W. EVANS, CHAIRWOMAN, NEW YORK STATE
DIVISION OF PAROLE, RESPONDENT-RESPONDENT.

---

WILFREDO POLANCO, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment (denominated order) of the Supreme Court,
Cayuga County (Mark H. Fandrich, A.J.), entered May 3, 2012 in a
proceeding pursuant to CPLR article 78. The judgment denied the
petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455).

Entered:  March 15, 2013                            Frances E. Cafarell
                                                    Clerk of the Court